UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Tiffany Foshee, et al.    )<br>                              )<br>     Plaintiffs,          )<br>                              )<br>v.                            )<br>                              )<br>The City of Anniston,   )<br>                              )<br>     Defendant.         ) | CIVIL ACTION NO.<br>1:16-cv-01030-VEH |

**Joint Status Report**

Pursuant to the Court's February 22, 2017 Order in *Hall, et al. v. City of Fort Payne, et al.* 4:15-cv-01656-VEH, *Moore, et al. v. City of Albertville*, 4:16-cv-00914-VEH, and *Foshee* v. *City of Anniston*, 1:16-cv-01030-VEH, (Docs. 61, 21, 20, respectively), the parties submit this Joint Status Report and request that the Court continue the current stay in these cases until the resolution of the mediation and pending motions in related litigation, which will have an effect on the *Fort Payne*, *Albertville*, and *Anniston* cases.

On February 22, 2016, this Court held a status conference with the parties, who requested that the Court continue the stay in these cases pending ongoing mediation in *Ray, et al. v. JCS, et al.*, 2:12-cv-02819-RDP. Although the mediation arises out of the *Ray* case, the parties are open to the possibility of a negotiated settlement that resolves all of the claims against all of the Defendants in this series

1527988.1

1

of litigation. Thus, this mediation could potentially resolve some or all of the claims in the *Fort Payne*, *Albertville*, and *Anniston* lawsuits. The parties are still actively mediating the *Ray* case, and have a live mediation scheduled for May 25, 2017. The parties anticipate follow-up mediation sessions following this week's session.

In addition, there are several motions pending in the related litigation that could have an effect on these cases, all of which are currently set for oral argument on July 13, 2017. First, although the City of Childersburg obtained summary judgment on all of Plaintiffs' claims in *Ray,* Plaintiffs' have filed a "Motion to Reconsider," which is fully briefed and under submission. JCS and CHC / CCS also have Motions for Summary Judgment under submission, and Plaintiffs have two Motions for Partial Summary Judgment under submission.

Similarly, in *Carden v. Town of Harpersville*, 2:15-cv-01381-RDP, the Town filed a motion to dismiss that raises the same legal issues asserted by the Defendant cities in their Motions to Dismiss filed in the *Fort Payne* and *Albertville* cases, and that will likely be raised in the *Anniston* case. This motion is fully briefed and under submission.

Taken together, the uncertainty surrounding the pending mediation indicates that a continued stay of this case is appropriate. A continued stay will mitigate the risk of needlessly wasting time and resources litigating a case that may soon be

resolved through settlement. Accordingly, the Parties jointly request that this Court continue the stay in this case for an additional ninety (90) days.

                                     Respectfully Submitted:

                                     /s/ *Gregory C. Cook*
                                     Will Hill Tankersley
                                     Gregory C. Cook
                                     L. Conrad Anderson IV
                                     Ginny W. Willcox
                                     Christopher K. Friedman
                                     BALCH & BINGHAM LLP
                                     1901 Sixth Avenue North, Suite 1500
                                     Birmingham, Alabama 35203

                                     Bruce J. Downey, IV
                                     THE DOWNEY LAW FIRM LLC
                                     1001 Noble Street, Ste. 200
                                     P.O. Box 626
                                     Anniston, Alabama 36202
                                     *Attorney for The City of Anniston*


                                     /s/ *G. Daniel Evans*
                                     G. Daniel Evans
                                     Alexandria Parrish
                                     Maurine C. Evans
                                     THE EVANS LAW FIRM, P.C.
                                     1736 Oxmoor Road, Suite 101
                                     Birmingham, Alabama 35209
                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing has been served on the following by directing same to his or her office address via United States first class mail, postage prepaid, or by electronically filing the foregoing with the Clerk using the CM/ECF system which will send notification of such filing on May 23, 2017.

G. Daniel Evans  
Alexandria Parrish  
Maurine C. Evans  
THE EVANS LAW FIRM, P.C.  
1736 Oxmoor Road, Suite 101  
Birmingham, Alabama 35209  

                                            /s/ *Gregory C. Cook*  
                                            Attorney for City of Anniston